60,852-07

From: Charles Burton
Allred Unit, TDCJ #1143771
2101 FM 369 North
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

April 2, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk,

On March 14, 2014 in Cause No. WR-60,852-07 my "Original application for writ of mandamus was received and presented to this Court".

On April 2, 2014 — exactly one year ago, today, "the Court... denied without written order motion for leave to file."

Why did the Court rule on a motion for leave to file that was repealed before doing so? This Court has not ruled on my mandamus writ no. WR-60,852-07. The mandamus issue is VOID JUDGMENT in the 3rd Court of Appeals, at Austin, where my conviction was wrongly affirmed on direct appeal.

I've been wrongfully convicted and imprisoned since December 4, 2002.

This Court has the power to act in my case, which has been wrongly affirmed — that is — my conviction was wrongly affirmed on direct appeal in the 3rd C.O.A. at Austin, Texas.

Sincerely,
Charles Burton — wrongfully convicted since December 4, 2002.